IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 JUN -2 PM 4: 19

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

CR. NO. 04-20241-B

JAMES SCRUGGS, RANELLE SCHRUGGS,

    Defendants.

## ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND **SETTING**

This cause came on for a report date on May 31, 2005. At that time, counsel for the defendant requested a continuance of the June 6, 2005 trial date in order to allow for additional preparation in the case.

The Court granted the request and reset the trial date to July 5, 2005 with a **report date of _Thursday, June 23, 2005, at 2:00 p.m._**, in Courtroom 1, 11th Floor of the Federal Building, Memphis, TN.

The period from June 17, 2005 through July 15, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 2__ day of June, 2005.

    J. DANIEL BREEN
    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6- 9 05

77

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 77 in case 2:04-CR-20241 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Randall P. Salky
LAW OFFICE OF RANDALL SALKY
266 S. Front St.
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT