IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                       Cr. No. 04-20241-B

JAMES SCRUGGS and
RANELLE SCRUGGS,

    Defendant.

## ORDER GRANTING WAIVER OF PERSONAL APPEARANCE AT REPORT DATE

For good cause shown, the Court hereby **GRANTS** Defendants' Motion to Waive Personal Appearance at Report Date currently set for November 28, 2005 at 9:30 am.

_____
United States Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-29-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 121 in case 2:04-CR-20241 was distributed by fax, mail, or direct printing on November 29, 2005 to the parties listed.

---

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT